```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
              CIVIL CASE NO.: 24-3435 (DSD/DJF)
```

Julie Dalton, individually
and on behalf of all others
similarly situated,

                                                        **ORDER**

       Plaintiffs,

   v.

Hom Furniture Inc. d/b/a
Dock 86,

       Defendant.

Based upon the submitted Stipulation of Dismissal, **IT IS HEREBY ORDERED that** which has been reviewed and approved by the undersigned, all claims between the parties be dismissed with prejudice and without costs or fees to any party.

Dated: January 16, 2025        s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court